Joe Smykaj, administrator of the estate of Frank Smykaj, deceased, appellant, v. Central Illinois Public Service Company, appellee.

Opinion filed June 1, 1928.

Moses Pulverman and Tilman B. Cantrell, for appellant. Geo. R. Stone, for appellee; Roy R. Martin and August L. Fowler, of counsel.

Mr. Justice Newhall delivered the opinion of the court.

Theresa Siekmann, appellant, v. Roy F. Stanton and Mrs. Roy Stanton, known as Grace Stanton, appellees.

Opinion filed June 1, 1928. Rehearing denied July 28, 1928.

R. D. W. Holder, for appellant. McGlynn & McGlynn, for appellees.

Mr. Justice Newhall delivered the opinion of the court.

Jacob Boehmer, appellee, v. Baltimore & Ohio Railroad Company, appellant.

Opinion filed June 1, 1928.

Kramer, Kramer & Campbell and Roland H. Wiechert, for appellant; Morison R. Waite and William A. Eggers, of counsel. Karns & Flanders, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

Allan J. Postel, administrator of the estate of Henry Hucke, deceased, et al., appellees, v. E. R. Hagist, appellant.

Opinion filed June 1, 1928.

William E. Wheeler and Bruce A. Campbell, for appellant; Wheeler & Oehmke and Kramer, Kramer & Campbell, of counsel. D. E. Keefe, for appellees; Keefe & Listeman, of counsel.

Mr. Justice Newhall delivered the opinion of the court.